**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00081-REB-MJW

NEW CINGULAR WIRELESS PCS, LLC, d/b/a AT&T MOBILTY,

    Plaintiff,

v.

RIO GRANDE COUNTY, COLORADO and its BOARD OF COUNTY COMMISSIONERS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal** [#24][1] filed April 16, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal** [#24] filed April 16, 2014, is **APPROVED**; and

    2.  That this action is **DISMISSED** with the parties to pay their own attorney fees and costs.

    Dated April 16, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.